# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

161640

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MARK MARUSZA, a legally incapacitated person,
by his Co-Guardians JEFFREY FRIED and
NANCY GUCWA, NANCY GUCWA, Individually,
CONSULTING UNLIMITED, INC., and
E3 CAREGIVERS, LLC,
          Plaintiffs-Appellees,

v

AUTO-OWNERS INSURANCE COMPANY,
          Defendant-Appellant.

SC:  161640
COA:  348355
Wayne CC:  17-003768-NF

_____/

     On order of the Court, the application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



a0222

Clerk